UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GERALD CRAIG COLLICK,

           Plaintiff,

     v.

ROBIN JOY SMITH, *et al.*,

           Defendants.

CASE NO. 2:21-cv-01648-JCC-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the report and recommendation of Chief Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the report and recommendation.

(2)    Defendants' motion (Dkt. 20) is granted, and Plaintiff's claims are dismissed with prejudice.

(3)    The Clerk is directed to close this case and send copies of this order to Plaintiff, counsel for Defendants, and to the Hon. J. Richard Creatura.

//
//
//
//

1 | **DATED** this 30th day of November 2022

*/s/ John C. Coughenour*
John C. Coughenour
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2